Argued January 23, affirmed January 29, 1929.

## HAZEL DUNMIRE *v.* W. L. MULVEY.

(273 Pac. 1118.)

For appellant there was a brief and oral argument by Mr. B. F. Lindas.

For respondent there was a brief and oral argument by Mr. Earle C. Latourette.

PER CURIAM.—This is an action resulting from an automobile collision.

We find no error and the judgment is affirmed.

AFFIRMED.